

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Lowell Merritt, Appellant

No. 06-15-00047-CV      v.

James Andrews, Appellee

Appeal from the 170th District Court of McLennan County, Texas (Tr. Ct. No. 2015-2602-4). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

      As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

      We further order that the appellant, Lowell Merritt, pay all costs of this appeal.

RENDERED SEPTEMBER 24, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk